**No. 49862.**—Protests 578543–G, etc., of Henry Pollak, Inc., et al. (San Francisco, etc.).

Opinion by TILSON, J. An examination of the official papers disclosed no reason for disturbing the classification made by the collector. The protests were therefore overruled.

BEFORE THE FIRST DIVISION, DECEMBER 14, 1944

**No. 49863.**—Protests 75283–K, etc., of New York Mdse. Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the beads in question are composed wholly or in chief value of glass, similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 49864.**—Protests 26843–K, etc., of Friedman Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the beads in question are composed wholly or in chief value of glass, similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 49865.**—Protests 6416–K, etc., of A. W. Fenton Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49866.**—Protest 97780–K of Lanco Products Co. (New York).

Opinion by WALKER, J. It appeared that the raw cocoa butter was unpacked and placed in steam-jacketed kettles and heated to about 135° F., at which time it became liquid, and poured through 40-mesh strainers into 30- and 50-pound tins. These were placed in refrigerating rooms and the cocoa butter hardened, after which the tins were sealed and placed in cartons for shipment. It appeared that the situation here is almost identical with that in *Dunkel* v. *United States* (13 Cust. Ct. 223, C. D. 899). The court was of the opinion that while the merchandise does not reach the status of having been "manufactured," as that term has been technically defined in customs jurisprudence, it has been "produced" within the meaning that Congress evidently intended. In accordance therewith the protest was sustained.